Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.:  17−31785−MBK
                              Chapter:  13
                              Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Elliott Shanley III
   PO Box 641
   Navesink, NJ 07752

Social Security No.:
   xxx−xx−8423

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             1/9/18
Time:           10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: November 14, 2017
JAN: vpm

                                                                    Jeanne Naughton
                                                                    Clerk, U. S. Bankruptcy Court

```
                             United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                       Case No. 17-31785-MBK
Robert Elliott Shanley, III                                                  Chapter 13
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                   Page 1 of 2             Date Rcvd: Nov 14, 2017
                               Form ID: 132                  Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
db            +Robert Elliott Shanley, III,   PO Box 641,   Navesink, NJ 07752-0641
517145191     +American Express,   Bankruptcy Department,   P.O. Box 981540,   El Paso, TX 79998-1540
517145192      Bank West,   PO Box 4024,   Alameda, CA 94501-0424
517145193      Barclay Card,   P.O. Box 8833,   Wilmington, DE 19899-8833
517145194      Chase,   Card Memebr Service,   P.O. Box 15548,   Wilmington, DE 19886-5548
517145195      Citi,   Po Box 6004,   Sioux Falls, SD 57117-6004
517145197      Evane McLean Shanley,   PO Box 32,   Navesink, NJ 07752-0032
517145198      Home Depot Credit,   PO Box 9601010,   Louisville, KY 40290-1010
517145200     +KML Law Group,   701 Market Street,   #5000,   Philadelphia, PA 19106-1541
517145204      Pension Parameter, Inc.,   675 Line Road,   Aberdeen, NJ 07747-1246
517145205    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,   Division of Taxation,   P.O. Box 245,
                Trenton, NJ 08695-0245)
517145206      Stearns,   Card Memebr Services,   P O Box 6353,   Fargo, ND 58125-6353
517145208    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,   NJ-Indirect Lending,   PO Box 790179,
                Saint Louis, MO 63179-0179)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2017 23:35:07      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2017 23:35:04      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
lm             E-mail/Text: bankruptcy@td.com Nov 14 2017 23:35:10      TD Bank,   Loan Operations,
                32 Chestnut Street,   Lewiston, ME 04240
517145196      E-mail/Text: mrdiscen@discover.com Nov 14 2017 23:34:21      Discover Card,   PO Box 15316,
                Wilmington, DE 19850-5316
517166666      E-mail/Text: mrdiscen@discover.com Nov 14 2017 23:34:21      Discover Bank,
                Discover Products Inc.,   PO Box 3025,   New Albany, OH 43054-3025
517145199      E-mail/Text: cio.bncmail@irs.gov Nov 14 2017 23:34:36      Internal Revenue Service,
                P.O. Box 7346,   Philadelphia, PA 19101-7346
517145201     +E-mail/Text: bk@lendingclub.com Nov 14 2017 23:35:35      Lending Club Corp.,
                71 Stevenson Street,   Suite 300,   San Francisco, CA 94105-2985
517145202      E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2017 23:32:10      Lowes,   P.O. Box 530970,
                Atlanta, GA 30353-0970
517145203      E-mail/Text: camanagement@mtb.com Nov 14 2017 23:34:51      M&T Bank,   P.O. Box 1288,
                Buffalo, NY 14240-1288
517147089     +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2017 23:32:34      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517145207      E-mail/Text: bankruptcy@td.com Nov 14 2017 23:35:10      TD Bank,   PO Box 5400,
                Lewiston, ME 04243
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Nov 14, 2017
                               Form ID: 132             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Joseph    Casello    on behalf of Debtor Robert Elliott Shanley, III jcasello@cvclaw.net,
               jcasello627@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 3
```