Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

　　　　　　　　　　　Case No.: 17−31785−MBK
　　　　　　　　　　　Chapter: 13
　　　　　　　　　　　Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　　Robert Elliott Shanley III
　　PO Box 641
　　Navesink, NJ 07752

Social Security No.:
　　xxx−xx−8423

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

　　Please be advised that on March 2, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 29 − 26
Order Granting Application for Extension of Loss Mitigation (Related Doc # 26). Loss Mitigation Period Extended to: 5/29/18. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/2/2018. (kmf)

　　Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 2, 2018
JAN: kmf

　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Robert Elliott Shanley, III  
      Debtor

Case No. 17-31785-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 02, 2018  
                Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
lm          E-mail/Text: bankruptcy@td.com Mar 02 2018 23:34:18       TD Bank,    Loan Operations,    32 Chestnut Street,    Lewiston, ME    04240  
                                                                                                                                         TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2018 at the address(es) listed below:  
            Albert    Russo     docs@russotrustee.com  
            Denise E. Carlon     on behalf of Creditor     M&T BANK dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
            Joseph    Casello     on behalf of Debtor Robert Elliott Shanley, III jcasello@cvclaw.net,    jcasello627@gmail.com  
            Kevin M. Buttery     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION bkyefile@rasflaw.com  
            Laura M. Egerman     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com  
            Rebecca Ann Solarz     on behalf of Creditor     M&T BANK rsolarz@kmllawgroup.com  
            Richard James Tracy, III     on behalf of Creditor     TD Bank, N.A. rtracy@schillerknapp.com,    tshariff@schillerknapp.com;kcollins@schillerknapp.com  
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                         TOTAL: 8